JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:17-cv-2658-RGK (SS) |
|---|---|
| Plaintiff, | **JUDGMENT** |
| vs. | |
| ARACELI MARTINEZ,<br>a/k/a Maria Araceli Ramos de Martinez, | |
| Defendant. | |

The Court, having granted Plaintiff's Motion for Judgment on the Pleadings Under Federal Rule of Civil Procedure 12(c) on Count II of the Complaint, **ORDERS** as follows, in accordance with 8 U.S.C. § 1451:

1. Defendant Araceli Martinez, a/k/a Maria Araceli Ramos de Martinez ("Defendant") illegally procured her citizenship;

2. ~~Defendant procured her citizenship by concealment of materials facts and by willful misrepresentation;~~

3. The order admitting Defendant to citizenship is revoked and set aside and Defendant's Certificate of Naturalization No. 35052490 is canceled. Defendant is no longer a United States citizen, effective as of the original date of the order and Certificate of Naturalization, April 17, 2012.

4. Defendant is forever restrained and enjoined from claiming or exercising any rights, privileges, benefits, or advantages of United States citizenship based on her April 17, 2012 naturalization.

5. Defendant is forever restrained and enjoined from claiming or exercising any rights, privileges, or advantages of United States citizenship under any document that evidences United States citizenship based on her April 17, 2012 naturalization.

6. Defendant shall immediately surrender and deliver to the United States Attorney General her original Certificate of Naturalization No. 35052490, any United States passport issued to her, and any other indicia of United States citizenship, including any copies thereof, in her possession or control. Defendant shall immediately make good faith efforts to recover and then surrender to the United States Attorney General any and all of the above-described items that she knows are in the possession of others.

7. Defendant shall deliver the items described above (her original Certificate of Naturalization, original United States passport, any other indicia of United States citizenship, and all copies thereof) to the United States Attorney General by sending them to the United States Attorney General's representative at the following address:

>    Timothy M. Belsan
>    Office of Immigration Litigation - District Court Section
>    United States Department of Justice
>    P.O. Box 868 Ben Franklin Station
>    Washington, DC 20044.

SO ORDERED this __21st__ day of __August_____, 2017.

_____
Hon. R. Gary Klausner
United States District Court Judge